Justin L. James (15167)
Jordan Pate (17634)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Email: jjames@jdrslaw.com
         jpate@jdrslaw.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON BROWN, as trustee of the Jason & Nichole Brown Trust; JARED YOUNG, as trustee of THE VALIANT TRUST; ALAN SWICK, an individual; TYMICK ENTERPRISES, a Utah limited liability company; MABO HOLDINGS, an Idaho limited liability company; JEREMY ROSENVALL, an individual; REED PROBST, as trustee of the REED R. PROBST TRUST; DANE COVINGTON, an individual; and LANCE MILLER, an individual, <br><br> *Plaintiffs,* <br><br> v. <br><br> JON CHENEY, an individual; and JEREMY WHITT, an individual, <br><br> *Defendants.* | **STIPULATED MOTION TO DISMISS** <br><br> Case No. 2:24-cv-00129 <br><br> Judge Ann Marie McIff Allen <br><br> Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jason

Brown, Jared Young, Jared Young, as trustee of The Valiant Trust, Alan Swick, Tymick

Enterprises, Moab Holdings, Jeremy Rosenvall, Reed Probst, Reed Probst, as trustee of the Reed

R. Probst Trust, Dane Covington, and Lance Miller, and Defendants Jon Cheney and Jeremy Whitt hereby stipulate and agree to dismiss all claims asserted in the above-captioned matter with prejudice. Each party shall bear their own costs and attorneys' fees incurred associated with this matter.

A proposed order granting this Motion is submitted herewith.

DATED this 30th day of August, 2024.

JAMES DODGE RUSSELL & STEPHENS, P.C.

*/s/ Justin L. James*
Justin L. James
Jordan Pate

*Attorneys for Plaintiffs*

HALL & EVANS, LLC

*/s/ Adam R. Knecht\**
Adam R. Knecht

*Attorneys for Defendant Jeremy Whitt*

RAY QUINNEY & NEBEKER P.C.

*/s/ Michael K. Erickson\**
D. Zachary Wiseman
Michael K. Erickson

*Attorneys for Defendant Jon Cheney*

*Signatures affixed with permission received via email.

2